**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6036

STANLEY HARVEY DAVIS,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA; ARTHUR F. BEELER,
Warden,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard,
District Judge. (CA-04-246-5-H; CA-04-369-5-H)

Submitted: July 27, 2005          Decided: August 2, 2005

Before KING, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stanley Harvey Davis, Appellant Pro Se. Rudolf A. Renfer, Jr.,
Assistant United States Attorney, Raleigh, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Stanley Harvey Davis, a federal prisoner, appeals the district court's order denying relief on his petitions filed under 28 U.S.C. § 2241 (2000).  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Davis v. United States, Nos. CA-04-246-5-H; CA-04-369-5-H (E.D.N.C. Sept. 28, 2004).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED